

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
    UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

   APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

     Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 4.25
 CHECK # 14667 FOR $ 4.25

Representing unclaimed funds.

DATED: 9-082009

                        S/ALBERT J. MOGAVERO

                        ALBERT J. MOGAVERO
                        TRUSTEE



FILED
SEP 10 2009
BANKRUPTCY COURT
BUFFALO, N.Y.

OUTSTANDING DEBTOR REFUND CHECKS TO CLERK
**FOR CHECK # 14667 FOR $4.25**

| CK # | CASE # | AMOUNT | CR. NAME |
|---|---|---|---|
| 14371 | 05-12040 | $ 3.26 | GILLIAN B. NADOLNY<br>259 PARKWOOD AVE.<br>KENMORE, NY 14217 |
| 14397 | 04-18497 | .99 | ALAN PARRINO<br>4 FAWN MEADOWS COURT<br>GETZVILLE, NY 14068 |